Jose Luis ALATORRE–CUENCA, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–73625.

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by Ninth Cir. R. 36–3.

Submitted Dec. 4, 2006 *.

Filed Dec. 8, 2006.

Jose Luis Alatorre–Cuenca, Montebello, CA, pro se.

CAC–District Counsel, Esq., Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Russell J.E. Verby, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Jose Luis Alatorre–Cuenca, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' dismissal of his appeal from the immigration judge's denial of his application for cancellation of removal. The BIA found that petitioner failed to file a timely notice of appeal within thirty days of the immigration judge's decision.

The sole basis for the BIA's decision was that petitioner's appeal from the IJ's decision was untimely. Petitioner does not raise the issue of timeliness in his opening brief, and he has therefore waived any challenge to the BIA's order. *See Mar-*

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*tinez–Serrano v. INS,* 94 F.3d 1256, 1259 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.